SHORES LUMBER CO. v. THE JOHNSON. (Circuit Court of Appeals, Seventh Circuit. November 9, 1896.) No. 327. Appeal from the District Court of the United States for the Northern District of Illinois. C. E. Kremer, for appellant. W. H. Condon, for appellee. Dismissed, for failure to print record.

SIOUX CITY TERMINAL RAILROAD & WAREHOUSE CO. et al. v. TRUST CO. OF NORTH AMERICA. (Circuit Court of Appeals, Eighth Circuit. December 17, 1897.) No. 801. Appeal from the Circuit Court of the United States for the Northern District of Iowa. Removed to supreme court on writ of certiorari. See 82 Fed. 124.

SMEETH et al. v. BEST et al. (Circuit Court of Appeals, Seventh Circuit. October 7, 1896.) No. 294. Appeal from the Circuit Court of the United States for the Northern District of Illinois. Ephraim Banning and Thomas A. Banning, for appellants. James I. Kay and R. D. Totten, for appellees. Dismissed, by consent.

SMILEY v. BARKER. (Circuit Court of Appeals, Eighth Circuit.) No. 913. In Error to the Circuit Court of the United States for the District of Wyoming. Application to the supreme court for writ of certiorari. See 83 Fed. 684.

SOUTHERN RY. CO. v. PARKER. (Circuit Court of Appeals, Fourth Circuit. February 5, 1898.) No. 242. In Error to the Circuit Court of the United States for the Western District of North Carolina. Geo. F. Bason and Chas. Price, for plaintiff in error. Carter & Weaver, for defendant in error. Before GOFF, Circuit Judge, and PAUL and JACKSON, District Judges. Dismissed, for failure to file record.

STANLEY v. HOLCOMBE et al. (Circuit Court of Appeals, Fifth Circuit. December 24, 1897.) No. 660. Appeal from the Circuit Court of the United States for the Northern District of Georgia. Alex. C. King, for appellee. Appeal docketed and dismissed, pursuant to the sixteenth rule.